## AFFIDAVIT OF SERVICE

I, the undersigned Panicos Aristidou, of Nicosia, holder of Identity Card No. 653466 make oath and say as follows:-

1. I am Private Process Server authorized by the Supreme Court of Nicosia.

2. On the 19th day of June, 2012 I served on Gunvor Group Ltd, "Gunvor" under Registration No. HE279934 a company duly registered and existing under the Laws of the Republic of Cyprus at their registered office being 48 Themistokli Dervi, Athienitis Centennial Bldg., Apt. 501, 1066 Nicosia, Cyprus, a SUMMONS IN A CIVIL ACTION AND DEFENDANTS' ANSWER TO THE AMENDED COMPLAINT WITH COUNTERCLAIMS issued in action No. 1:12-cv-00055-RFC in the United States District Court for the District of Montana (Billings Division) together with a Greek translation thereof and the Certificate of Accuracy of the translator issued by Kern Corporation, of The Helmsley Building, 230 Park Avenue, Ste.1517 New York, NY 10169.

3. The said documents were received by one of the directors of Gunvor being Mrs Christina Hadjigeorgiou, of 31 Amfitritis, Apt. 501, 1087 Nicosia, Cyprus.

4. Copies of the said documents in English and Greek are attached hereto as Exhibits A and B.

The Affiant

PANICOS ARISTIDOU

Sworn and signed before me
this 19th day of June, 2012
at the D. C. of Nicosia.

REGISTRAR
Costas P. Kades

data.wp6.affidavit of service private process server

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Country CYPRUS.
   This public document
2. has been signed by .......W C R Kodes..........
3. acting in the capacity of Registrar District Court
4. bears the seal/stamp of the District Court.

   Certified     **2 5 JUN 2012**

5. at Nicosia.                    6. the ..................................
   A. CONSTANTINOU
7. by ..................................................................
8. No ......218540/ιι..........................

9. Seal/stamp:                    10 Signature:

                                   Permanent Secretary
                                   Ministry of Justice and Public Order