# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### For The District of Montana

**Patrick Duffy**
Clerk of Court



**Beth Conley**
Chief Deputy Clerk

Date: July 6, 2012

In Re: Case Caption

Document: Affidavit of Service

Document Number: 57

Date Filed: July 6, 2012

Case Number: CV 12-55-BLG-RFC

Dear McLinden:

The above document has the following error(s) within the caption:

☐ Case number is not correct

☐ Divisional office is not correct

☐ Party/parties is/are not correct

☒ Nonexistent

This notice is for your information for future filings, the document does not need to be re-filed.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,

/s/ Nancy O'Brien
Deputy In Charge

Telephone: (406) 247-7000
E-Mail: Nancy_O'Brien@mtd.uscourts.gov
Website: www.mtd.uscourts.gov