**FILED**

JUL 09 2012

PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>  Defendants and Counterclaim Plaintiffs,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; GUNVOR GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC,<br><br>  Counterclaim Defendants. | Case No.<br>CV 12-55-BLG-RFC<br><br><br>**ORDER FOR ADMISSION OF BANKS BROWN *PRO HAC VICE*** |

Counterclaim Defendants Gunvor Group, Ltd. and Pinesdale LLC, have moved for the admission of Banks Brown to practice before this Court in this case with James H. Goetz, of Goetz, Gallik & Baldwin, P.C., Bozeman, Montana, designated as local counsel. Banks Brown's affidavit appears to be in compliance with L.R. 83.1(d)(3).

IT IS HEREBY ORDERED, that the motion to allow Banks Brown to appear on behalf of Counterclaim Defendants Gunvor Group, Ltd. and Pinesdale LLC is GRANTED, and that counsel shall conduct themselves in accordance with Local Rules 83.1(d) and 83.2.

DATED this 9th day of July, 2012.

/s/ Richard F. Cebull
Richard F. Cebull, U. S. District Judge