Ross W. McLinden, Esq.
MOULTON BELLINGHAM PC
27 N. 27th St. Ste. 1900
P.O. Box 2559
Billings, MT 59103
Telephone: (406) 248-7731
ross.mclinden@moultonbellingham.com

Christopher R. Belmonte, Esq. (Admitted *Pro Hac Vice*)
Dai Wai Chin Feman, Esq. (Admitted *Pro Hac Vice*)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Telephone: (212) 818-9200
cbelmonte@ssbb.com
dchinfeman@ssbb.com

*Attorneys for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
(Billings Division)**

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>Defendants. | Case No.: 1:12-cv-00055-RFC<br><br>**NOTICE OF MOOTNESS** |

1

| |
|---|
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, |
|                 Counterclaim Plaintiffs, |
|                 v. |
| SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; GUNVOR GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; WMB MARKETING VENTURES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC, |
|                 Counterclaim Defendants. |

Defendants/Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC (collectively "Defendants/Counterclaim Plaintiffs"), respectfully provide notice to this Court that they have conferred with counsel for all parties, and all parties agree that all pending Motions to Dismiss filed by the Counterclaim Defendants are now moot in light of the Amended Answer with Counterclaims [Doc. # 61] filed by the Defendants/Counterclaim Plaintiffs.

For this Court's convenience, the Motions to Dismiss which are now moot are docketed as follows:

    (1)    Doc. # 35    (Signal Peak);

    (2)    Doc. # 38    (Gunvor);

(3)   Doc. # 40   (Pinesdale);

(4)   Doc. # 42   (Boich);

(5)   Doc. # 44   (FirstEnergy Generation);

(6)   Doc. # 46   (FirstEnergy);

(7)   Doc. # 48   (FirstEnergy Ventures);

(8)   Doc. # 50   (Global Coal Sales Group); and

(9)   Doc. # 52   (Global Mining Holding Company).

The Counterclaim Defendants have indicated that they intend to refile Motions to Dismiss in response to the Amended Answer with Counterclaims.

**DATED** this 23rd day of July, 2012.

MOULTON BELLINGHAM PC

By:   /s/ Ross W. McLinden
      ROSS W. MCLINDEN
      27 N. 27th St., Ste. 1900
      Billings, MT 591033

SATTERLEE STEPHENS BURKE &
BURKE LLP

By:   /s/ Christopher R. Belmonte
      CHRISTOPHER R. BELMONTE
      DAI WAI CHIN FEMAN
      230 Park Avenue
      New York, New York 10169
      (Admitted *Pro Hac Vice*)

*ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS*

*4814-3705-2688, v. 1*