IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| SIGNAL PEAK ENERGY, LLC, | ) | CV-12-55-BLG-RFC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, | ) | |
| Defendants. | ) | |

Pursuant to Defendants' Unopposed Motion to Extend the Time to File Responses to Any Motions to Dismiss, and for good cause shown:

**IT IS HEREBY ORDERED** that the deadline for the Defendants/Counterclaim Plaintiffs to file responses to any Motions to Dismiss filed by the Counterclaim Defendants in response to the "Amended Answer to the Amended Complaint with Counterclaims" [Doc. #61] shall not begin to run until each and every Counterclaim Defendant has filed a responsive document. Upon such filings by all Counterclaim Defendants, the Defendants/Counterclaim Plaintiffs shall have 21 days to file their responses to any Motions to Dismiss.

**DATED** this 23rd Day of July, 2012.

*/s/ Richard F. Cebull*_____
Richard F. Cebull
U. S. District Judge