James H. Goetz
GOETZ, GALLIK & BALDWIN, P. C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, MT  59771-6580
Ph:  (406) 587-0618; Fax:  (406) 587-5144
E-mail:  jim@goetzlawfirm.com

Banks Brown, *Admitted Pro Hac Vice*
Michael J. Dillon, *Admitted Pro Hac Vice*
MCDERMOTT WILL AND EMERY LLP
340 Madison Avenue
New York, NY  10017
Ph:  (212) 547-5400; Fax:  (212) 547-5444
E-mail:  bbrown@mwe.com; mdillon@mwe.com
**Attorneys for Counterclaim Defendant Gunvor Group, Ltd.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, | Case No. |
| Plaintiff, | CV 12-55-BLG-RFC |
| vs. | |
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, | |
| Defendants and Counterclaim Plaintiffs, | **GUNVOR GROUP, LTD.'S MOTION TO DISMISS AMENDED COUNTERCLAIMS** |
| SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; GUNVOR GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; WMB MARKETING VENTURES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC, | |
| Counterclaim Defendants. | |

Counterclaim Defendant Gunvor Group, Ltd. ("Gunvor"), pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Counts Four, Five, Six, and Eight with respect to Gunvor, with prejudice. In support of this Motion Gunvor relies on the accompanying Memorandum of Law and the Declaration of Jacques Raymond Erni.

Pursuant to Local Rule 7.1(c)(1), local counsel for Defendants/Counterclaim Plaintiffs has been contacted and opposes this motion.

DATED this 25th day of July, 2012.

                                                     /s/ James H. Goetz
GOETZ, GALLIK & BALDWIN, P. C.
**Attorney for Counterclaim Defendant Gunvor Group Ltd.**

## CERTIFICATE OF SERVICE

I certify that, on July 25, 2012, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _1-9_ | CM/ECF |
| ____ | Hand Delivery |
| ____ | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1.  Ross W. McLinden, Esq.
    MOULTON BELLINGHAM PC
    27 N. 27th Street, Ste. 1900
    Billings, MT 59103
    **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

2.  Christopher R. Belmonte, Esq.
    SATTERLEE STEPHENS BURKE & BURKE LLP
    230 Park Avenue
    New York, New York 10169
    **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

3.  Dai Wai Chin Feman, Esq.
    SATTERLEE STEPHENS BURKE & BURKE LLP
    230 Park Avenue
    New York, New York 10169
    **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

4. A. Clifford Edwards, Esq.
   EDWARDS, FRICKLE & CULVER
   1648 Poly Drive, Suite 206
   Billings, MT 59102
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

5. Triel D. Culver, Esq.
   EDWARDS, FRICKLE & CULVER
   1648 Poly Drive, Suite 206
   Billings, MT 59102
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

6. A. Christopher Edwards, Esq.
   EDWARDS, FRICKLE & CULVER
   1648 Poly Drive, Suite 206
   Billings, MT 59102
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

7. John W. Edwards, Esq.
   EDWARDS, FRICKLE & CULVER
   1648 Poly Drive, Suite 206
   Billings, MT 59102
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

8. Bruce A. Americus, Esq.
   BUCHANAN INGERSOLL & ROONEY PC
   One Oxford Centre, 20th Floor
   301 Grant Street
   Pittsburgh, PA 15219
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

9. Matthew F. Burger, Esq.
   BUCHANAN INGERSOLL & ROONEY PC
   One Oxford Centre, 20th Floor
   301 Grant Street
   Pittsburgh, PA 15219
   **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

　　　　　　　　　　　　　　　　　　_____/s/ James H. Goetz_____
　　　　　　　　　　　　　　　　　　GOETZ, GALLIK & BALDWIN, P. C.

cc: Hon. Richard F. Cebull, U. S. District Judge
    Montana U. S. District Court, Billings Division
    James F. Battin Federal Building
    316 N. 26th Street, Room 5428
    Billings, MT   59101