James H. Goetz
GOETZ, GALLIK & BALDWIN, P. C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, MT  59771-6580
Ph:  (406) 587-0618; Fax:  (406) 587-5144
E-mail:  jim@goetzlawfirm.com

Banks Brown, *Admitted Pro Hac Vice*
Michael J. Dillon, *Admitted Pro Hac Vice*
MCDERMOTT WILL AND EMERY LLP
340 Madison Avenue
New York, NY  10017
Ph:  (212) 547-5400; Fax:  (212) 547-5444
E-mail:  bbrown@mwe.com; mdillon@mwe.com
**Attorneys for Counterclaim Defendant Pinesdale LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>EASTERN MONTANA MINERALS, INC.,<br>and MUSSELSHELL RESOURCES, LLC,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>SIGNAL PEAK ENERGY, LLC;<br>FIRSTENERGY CORP.; FIRSTENERGY<br>VENTURES CORP.; FIRSTENERGY<br>GENERATION CORP.; GUNVOR GROUP,<br>LTD.; PINESDALE LLC; BOICH<br>COMPANIES, LLC; WMB MARKETING<br>VENTURES, LLC; GLOBAL COAL SALES<br>GROUP, LLC; and GLOBAL MINING<br>HOLDING COMPANY, LLC,<br><br>    Counterclaim Defendants. | Case No.<br>CV 12-55-BLG-RFC<br><br><br>**<u>PINESDALE LLC'S<br>MOTION TO DISMISS<br>AMENDED<br>COUNTERCLAIMS</u>** |

Counterclaim Defendant Pinesdale LLC ("Pinesdale"), pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Counts Four, Five, Six, and Eight with respect to Pinesdale, with prejudice.  In support of this Motion, Pinesdale relies on the accompanying Memorandum of Law and the Declaration of Steven Marcuse.

Pursuant to Local Rule 7.1(c)(1), local counsel for Defendants/Counterclaim Plaintiffs has been contacted and opposes this motion.

DATED this 25th day of July, 2012.

_____/s/ James H. Goetz_____
GOETZ, GALLIK & BALDWIN, P. C.
**Attorney for Counterclaim Defendant**
**Pinesdale LLC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 25, 2012, a copy of the foregoing document was served on

the following persons by the following means:

<u>1-9</u>         CM/ECF
_____         Hand Delivery
_____         Mail
_____         Overnight Delivery Service
_____         Fax
_____         E-Mail

1.     Ross W. McLinden, Esq.
       MOULTON BELLINGHAM PC
       27 N. 27th Street, Ste. 1900
       Billings, MT 59103
       **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

2.     Christopher R. Belmonte, Esq.
       SATTERLEE STEPHENS BURKE & BURKE LLP
       230 Park Avenue
       New York, New York 10169
       **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

3.     Dai Wai Chin Feman, Esq.
       SATTERLEE STEPHENS BURKE & BURKE LLP
       230 Park Avenue
       New York, New York 10169
       **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

4.     A. Clifford Edwards, Esq.
       EDWARDS, FRICKLE & CULVER
       1648 Poly Drive, Suite 206
       Billings, MT 59102
       **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
       LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
       Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
       LLC; Global Coal Sales Group, LLC; and Global Mining Holding
       Company, LLC**

5.     Triel D. Culver, Esq.
       EDWARDS, FRICKLE & CULVER
       1648 Poly Drive, Suite 206
       Billings, MT 59102
       **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
       LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
       Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
       LLC; Global Coal Sales Group, LLC; and Global Mining Holding
       Company, LLC**

6.     A. Christopher Edwards, Esq.
       EDWARDS, FRICKLE & CULVER
       1648 Poly Drive, Suite 206
       Billings, MT 59102
       **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
       LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
       Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
       LLC; Global Coal Sales Group, LLC; and Global Mining Holding
       Company, LLC**

7.     John W. Edwards, Esq.
       EDWARDS, FRICKLE & CULVER
       1648 Poly Drive, Suite 206
       Billings, MT 59102
       **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
       LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
       Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
       LLC; Global Coal Sales Group, LLC; and Global Mining Holding
       Company, LLC**

8.      Bruce A. Americus, Esq.
        BUCHANAN INGERSOLL & ROONEY PC
        One Oxford Centre, 20th Floor
        301 Grant Street
        Pittsburgh, PA 15219
        **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
        LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
        Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
        LLC; Global Coal Sales Group, LLC; and Global Mining Holding
        Company, LLC**

9.      Matthew F. Burger, Esq.
        BUCHANAN INGERSOLL & ROONEY PC
        One Oxford Centre, 20th Floor
        301 Grant Street
        Pittsburgh, PA 15219
        **Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy,
        LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy
        Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures,
        LLC; Global Coal Sales Group, LLC; and Global Mining Holding
        Company, LLC**


                                _____/s/ James H. Goetz_____
                                GOETZ, GALLIK & BALDWIN, P. C.

cc:     Hon. Richard F. Cebull, U. S. District Judge
        Montana U. S. District Court, Billings Division
        James F. Battin Federal Building
        316 N. 26th Street, Room 5428
        Billings, MT   59101