IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>Defendants and Counterclaim Plaintiffs,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; PINESDALE GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC,<br><br>Counterclaim Defendants. | Case Number: CV 12-55-BLG-RFC<br><br>**DECLARATION OF STEVEN MARCUSE** |



EXHIBIT A

STEVEN MARCUSE, pursuant to 28 U.S.C. § 1746(1) declares under penalty of perjury the following:

1. I am an employee of Pinesdale LLC ("Pinesdale") as the President. As part of my duties, I am responsible for compliance matters in the US. As such, I have read the

Counterclaims filed by Eastern Montana Minerals, Inc. and Musselshell Resources, LLC (collectively, "EMM") in the above-captioned action, as they pertain to Pinesdale. Based on my experience in this position and my review of Pinesdale's records I can declare as set out below.

2. This Declaration is respectfully submitted in support of Counterclaim Defendant Pinesdale's motion for an order dismissing EMM's counterclaims against Pinesdale.

3. Pinesdale is a limited liability company formed under the laws of Delaware.

4. Pinesdale has never and does not now conduct business in Montana.

5. Pinesdale does not maintain a place of business in Montana.

6. Pinesdale is not registered to do business in Montana.

7. Pinesdale is also not a member, director or officer of any of the Counterclaim Defendants.

8. Gunvor is not a member of Pinesdale.

9. In October, 2011, Pinesdale purchased a one-third interest in a company known as Global Mining Holding Company, LLC ("Global Holding").

10. Signal Peak Energy, LLC ("Signal Peak" or "SPE") – the plaintiff in the instant action – is an indirect subsidiary of Global Holding. Signal Peak has a leasehold interest in a coal mine, (i.e., the July 16, 2008 Coal and Coalbed Methane Lease and Water Rights Conveyance (the "Lease")).

11. I am generally aware that in 2008 Signal Peak entered into a coal sales agreement (the "CSA") with a company called First Energy Generation Corporation ("FEG").

12. Pinesdale is not a party to the Lease.

13. Pinesdale is also not a party to the CSA.

14. Pinesdale is also not a party to any amendment of the CSA. Rather, in conjunction with the 2011 Transactions, an affiliated, but wholly separate company entered into a coal purchase agreement.

15. As such, Pinesdale is not involved in the operations or corporate decision-making of the other Counterclaim Defendants.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: June 26, 2012

_____
STEVEN MARCUSE

DM_US 36084206-1.T07998.0010