IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| SIGNAL PEAK ENERGY, LLC, | ) | CV-12-55-BLG-RFC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, | ) | |
| Defendants. | ) | |

Pursuant to Motion for Leave to File a Single Response Brief Not to Exceed 11,000 Words [Doc. 87] and for good cause shown:

**IT IS HEREBY ORDERED** that the Defendants/Counterclaim Plaintiffs shall file a single Response (not to exceed 11,000 words) to the ten (10) Motions to Dismiss currently pending before this Court.

**DATED** this 16th day of August, 2012.

/s/ Richard F. Cebull_____
Richard F. Cebull
U. S. District Judge