James H. Goetz
GOETZ, GALLIK & BALDWIN, P.C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, MT 59771-6580
Ph:     (406) 587-0618
Fax:    (406) 587-5144
E-mail: jim@goetzlawfirm.com

Banks Brown, *Admitted Pro Hac Vice*
Michael J. Dillon, *Admitted Pro Hac Vice*
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017
Ph:     (212) 547-5400
Fax:    (212) 547-5444
E-mail: bbrown@mwe.com
        mdillon@mwe.com
**Attorneys for Counterclaim Defendants**
**Gunvor Group, Ltd. and Pinesdale, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>Defendants. | Case No. CV 12-55-BLG-RFC<br><br>**COUNTERCLAIM DEFENDANTS PINESDALE LLC'S AND GUNVOR GROUP LTD.'S MOTION FOR PROTECTIVE ORDER** |

1

| |
|---|
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; GUNVOR GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; WMB MARKETING VENTURES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC, <br><br> Counterclaim Defendants. |

Counterclaim Defendants Pinesdale LLC ("Pinesdale") and Gunvor Group Ltd. ("Gunvor"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby move this Court for a protective order staying all discovery until such time as the Court decides the Fed. R. Civ. P. 12 motions filed by Pinesdale and Gunvor. In support of this Motion, Pinesdale and Gunvor rely on the accompanying Memorandum of Law.

Pursuant to Local Rule 7.1(c)(1), local counsel for Defendants/Counterclaim Plaintiffs has been contacted and opposes this motion.

2

For this Court's convenience, a proposed Order accompanies this Motion.

DATED this 14th day of September, 2012.

                                            /s/ James H. Goetz
                                 GOETZ, GALLIK & BALDWIN, P. C.
                                 **Attorney for Counterclaim Defendant**
                                 **Pinesdale LLC**

## CERTIFICATE OF SERVICE

I certify that, on September 14, 2012, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _1-9_ | CM/ECF |
| ____ | Hand Delivery |
| ____ | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. Ross W. McLinden, Esq.
   MOULTON BELLINGHAM PC
   27 N. 27th Street, Ste. 1900
   Billings, MT 59103
   **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

2. Christopher R. Belmonte, Esq.
   SATTERLEE STEPHENS BURKE & BURKE LLP
   230 Park Avenue
   New York, New York 10169
   **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

3. Dai Wai Chin Feman, Esq.
   SATTERLEE STEPHENS BURKE & BURKE LLP
   230 Park Avenue
   New York, New York 10169
   **Attorney for Defendants and Counterclaim Plaintiffs Eastern Montana Minerals, Inc. and Musselshell Resources, LLC**

4.  A. Clifford Edwards, Esq.
    EDWARDS, FRICKLE & CULVER
    1648 Poly Drive, Suite 206
    Billings, MT 59102
    Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC

5.  Triel D. Culver, Esq.
    EDWARDS, FRICKLE & CULVER
    1648 Poly Drive, Suite 206
    Billings, MT 59102
    Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC

6.  A. Christopher Edwards, Esq.
    EDWARDS, FRICKLE & CULVER
    1648 Poly Drive, Suite 206
    Billings, MT 59102
    Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC

7.  John W. Edwards, Esq.
    EDWARDS, FRICKLE & CULVER
    1648 Poly Drive, Suite 206
    Billings, MT 59102
    Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC

8. Bruce A. Americus, Esq.
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
**Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

9. Matthew F. Burger, Esq.
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
**Attorney for Plaintiff and Counterclaim Defendants Signal Peak Energy, LLC; FirstEnergy Corp.; FirstEnergy Ventures Corp.; FirstEnergy Generation Corp.; Boich Companies, LLC; WMB Marketing Ventures, LLC; Global Coal Sales Group, LLC; and Global Mining Holding Company, LLC**

          _____/s/ James H. Goetz_____
          GOETZ, GALLIK & BALDWIN, P. C.

cc: Hon. Richard F. Cebull, U. S. District Judge
Montana U. S. District Court, Billings Division
James F. Battin Federal Building
316 N. 26th Street, Room 5428
Billings, MT   59101