

FILED
SEP 28 2012
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
### (Billings Division)

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>Defendants. | Case No.: 1:12-cv-00055-RFC<br><br>**ORDER GRANTING DEFENDANTS/COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION** |

1

| | |
|---|---|
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>        Counterclaim Plaintiffs,<br><br>        v.<br><br>SIGNAL PEAK ENERGY, LLC; FIRSTENERGY CORP.; FIRSTENERGY VENTURES CORP.; FIRSTENERGY GENERATION CORP.; GUNVOR GROUP, LTD.; PINESDALE LLC; BOICH COMPANIES, LLC; WMB MARKETING VENTURES, LLC; GLOBAL COAL SALES GROUP, LLC; and GLOBAL MINING HOLDING COMPANY, LLC,<br><br>        Counterclaim Defendants. | |

Pursuant to "Defendants/Counterclaim Plaintiffs' <u>Unopposed</u> Motion for an Extension to File Their Response to Counterclaim Defendants' Motion for a Protective Order":

**IT IS HEREBY ORDERED** that the Defendants/Counterclaim Plaintiffs shall have until Wednesday, October 3, 2012 to file the aforementioned Response.

**DATED** this 28th day of September, 2012.

_____
Richard F. Cebull, U. S. District Judge