

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, | Case Number: CV 12-55-BLG-RFC |
| Plaintiff and Counterclaim Defendant, | |
| vs. | |
| EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, | ORDER |
| Defendants and Counterclaim Plaintiffs. | |

Upon Plaintiff's Unopposed Motion to Withdraw Matthew Burger's Admission *Pro Hac Vice* [Doc. #111], and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this _____ day of March, 2013.

_____
The Honorable Richard F. Cebull
Senior U.S. District Judge