## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BILLINGS DIVISION

SIGNAL PEAK ENERGY, LLC,

        Plaintiff,

    vs.

EASTERN MONTANA MINERALS,
INC., and MUSSELSHELL
RESOURCES, LLC,

        Defendants.

EASTERN MONTANA MINERALS,
INC., and MUSSELSHELL
RESOURCES, LLC,

        Counterclaim Plaintiffs,

    v.

SIGNAL PEAK ENERGY, LLC;
FIRSTENERGY CORP.;
FIRSTENERGY VENTURES CORP.;
FIRSTENERGY GENERATION
CORP.; GUNVOR GROUP, LTD.;
PINESDALE LLC; BOICH
COMPANIES, LLC; GLOBAL COAL
SALES GROUP, LLC; and GLOBAL
MINING HOLDING COMPANY,
LLC,

        Counterclaim Defendants.

Case Number: CV 12-55-BLG-RFC

**ORDER ADMITTING
PRO HAC VICE COUNSEL**
SAMUEL W. BRAVER



FILED
MAR 2 2 2013
Clerk, U.S. District Court
District Of Montana
Billings

A. Clifford Edwards, counsel for Plaintiff, moves for the admission of Samuel W. Braver to practice before this Court *pro hac vice*. Mr. Braver's application appears to be in order. Accordingly,

**IT IS HEREBY ORDERED** the motion to admit Samuel W. Braver *pro hac vice* (*Doc. 112*) is granted on the condition that Mr. Braver must do his own work. This means Mr. Braver must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally. Counsel shall remain mindful of the requirements of Local Rule 83.1(d)(5) as nothing in this Order abrogates those duties.

DATED the 27 day of March, 2013.

RICHARD F. CEBULL
SENIOR U. S. DISTRICT JUDGE

2