OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

March 22, 2013

Dear Pro Hac Vice counsel Samuel W. Braver:

Pursuant to Fed. R. Civ. P. 5(d)(3), Fed. R. Crim. P. 49(e), and Local Rule 1.4(c)(1), all attorneys appearing in this Court must register and file electronically unless good cause, such as the unavailability of high-speed internet service, can be shown. Exemption may be sought on a case-by-case basis by filing Local Rule Form G at the first appearance in the case.

You will need to complete our electronic learning modules in order to register for a login and password. These can be found on our website at http://www.mtd.uscourts.gov/efiling.html under the Training and Manuals section. After you have completed the modules and reviewed our Administrative Procedures Manual, please complete the short quiz. After successfully passing the quiz, print the results, and fax them with your registration form to the fax number located on the form.

If you are a PHV attorney and have previously attended training in another district, please complete the registration form located on our website. The registration form must contain the district in which the training was held and the approximate date(s) of the training. A login and password will be issued to you accordingly.

Please be advised you **must register** to receive notice of electronic filing for all cases in which you have made an appearance. You will not receive service by mail of any filings in your pending cases while you are unregistered, unless you have been exempted from the requirement by Order of the Court. This will be your only notice.

Tyler P. Gilman, Clerk of Court

by /s/Amanda Lambott
Deputy Clerk

406-542-7260

Russell E. Smith Courthouse
P.O. Box 8537 ◆ 201 East Broadway
Missoula, MT 59807
www.mtd.uscourts.gov

Fax 406-542-7272

(rev: 12/1/11)