IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**
APR 2 5 2013
Clerk, U.S District Court
District Of Montana
Missoula

In re: Reassignment of
Pending Billings Division
Civil Cases

CV 06-00125-BLG-RFC, CV 09-00031-BLG-RFC,
CV 10-00002-BLG-RFC, CV 10-00013-BLG-RFC,
CV 10-00112-BLG-RFC, CV 10-00144-BLG-RFC,
CV 10-00154-BLG-RFC, CV 11-00006-BLG-RFC,
CV 11-00045-BLG-RFC, CV 11-00046-BLG-RFC,
CV 11-00060-BLG-RFC, CV 11-00068-BLG-RFC,
CV 11-00078-BLG-RFC, CV 11-00114-BLG-RFC,
CV 11-00115-BLG-RFC, CV 11-00127-BLG-RFC,
CV 11-00132-BLG-RFC, CV 11-00136-BLG-RFC,
CV 11-00144-BLG-RFC, CV 11-00146-BLG-RFC,
CV 12-00001-BLG-RFC, CV 12-00004-BLG-RFC,
CV 12-00010-BLG-RFC, CV 12-00011-BLG-RFC,
CV 12-00015-BLG-RFC, CV 12-00040-BLG-RFC,
CV 12-00047-BLG-RFC, CV 12-00052-BLG-RFC,
CV 12-00055-BLG-RFC, CV 12-00056-BLG-RFC,
CV 12-00066-BLG-RFC, CV 12-00070-BLG-RFC,
CV 12-00072-BLG-RFC, CV 12-00078-BLG-RFC,
CV 12-00079-BLG-RFC, CV 12-00080-BLG-RFC,
CV 12-00083-BLG-RFC, CV 12-00092-BLG-RFC,
CV 12-00095-BLG-RFC, CV 12-00098-BLG-RFC,
CV 12-00122-BLG-RFC, CV 12-00123-BLG-RFC,
CV 12-00127-BLG-RFC, CV 12-00129-BLG-RFC,
CV 12-00135-BLG-RFC, CV 12-00136-BLG-RFC,
CV 12-00141-BLG-RFC, CV 12-00145-BLG-RFC,
CV 12-00150-BLG-RFC, CV 12-00152-BLG-RFC,
CV 12-00155-BLG-RFC, CV 12-00157-BLG-RFC,
CV 12-00160-BLG-RFC, CV 12-00162-BLG-RFC,
CV 13-00004-BLG-RFC, CV 13-00008-BLG-RFC,
CV 13-00009-BLG-RFC, CV 13-00010-BLG-RFC,
CV 13-00015-BLG-RFC, CV 13-00017-BLG-RFC,
CV 13-00018-BLG-RFC, CV 13-00019-BLG-RFC,
CV 13-00020-BLG-RFC, CV 13-00022-BLG-RFC,
CV 13-00027-BLG-RFC, CV 13-00028-BLG-RFC,
CV 13-00029-BLG-RFC, CV 13-00030-BLG-RFC,

> CV 13-00032-BLG-RFC, CV 13-00033-BLG-RFC,
> CV 13-00034-BLG-RFC, CV 13-00036-BLG-RFC,
> CV 13-00040-BLG-RFC, CV 13-00041-BLG-RFC,
> CV 13-00047-BLG-RFC, CV 13-00050-BLG-RFC,
> CV 13-00051-BLG-RFC

IT IS HEREBY ORDERED that the following civil actions are reassigned as follows:

1) The action listed below is reassigned to Judge Richard C. Tallman, Ninth Circuit Court Appeals:

CV 11-00132-BLG-RFC.

2) The actions listed below are reassigned to Chief United States District Judge Dana L. Christensen:

CV 11-00045-BLG-RFC, CV 11-00046-BLG-RFC, CV 11-00136-BLG-RFC,

CV 11-00146-BLG-RFC, CV 12-00001-BLG-RFC, CV 12-00010-BLG-RFC,

CV 12-00122-BLG-RFC, CV 12-00136-BLG-RFC, CV 12-00157-BLG-RFC,

CV 13-00004-BLG-RFC, CV 13-00008-BLG-RFC, CV 13-00009-BLG-RFC,

CV 13-00010-BLG-RFC, CV 13-00017-BLG-RFC, CV 13-00028-BLG-RFC.

3) The actions listed below are reassigned to United States District Judge Donald W. Molloy:

CV 09-00031-BLG-RFC, CV 11-00006-BLG-RFC, CV 11-00078-BLG-RFC,

CV 11-00115-BLG-RFC, CV 11-00127-BLG-RFC, CV 12-00066-BLG-RFC,

CV 12-00078-BLG-RFC, CV 12-00080-BLG-RFC, CV 12-00135-BLG-RFC,

CV 12-00155-BLG-RFC, CV 13-00022-BLG-RFC, CV 13-00033-BLG-RFC.

4) The actions listed below are reassigned to Senior United States District Judge Sam E. Haddon:

CV 10-00002-BLG-RFC, CV 10-00112-BLG-RFC, CV 11-00144-BLG-RFC,

CV 12-00004-BLG-RFC, CV 12-00040-BLG-RFC, CV 12-00055-BLG-RFC,

CV 12-00083-BLG-RFC, CV 13-00018-BLG-RFC, CV 13-00036-BLG-RFC,

CV 13-00047-BLG-RFC.

5) The civil actions listed below are reassigned to Chief United States District Judge Dana L. Christensen and referred to United States Magistrate Judge Keith Strong pursuant to 28 U.S.C. § 636(b)(1)(A):

CV 06-00125-BLG-RFC, CV 10-00013-BLG-RFC, CV 12-00047-BLG-RFC,

CV 12-00052-BLG-RFC, CV 12-00123-BLG-RFC, CV 12-00141-BLG-RFC,

CV 12-00152-BLG-RFC, CV 13-00015-BLG-RFC, CV 13-00032-BLG-RFC,

CV 13-00041-BLG-RFC.

6) The civil actions listed below are reassigned to Chief United States District Judge Dana L. Christensen and referred to recalled United States Magistrate Judge Richard Anderson pursuant to 28 U.S.C. § 636(b)(1)(A):

CV 10-00144-BLG-RFC, CV 11-00060-BLG-RFC, CV 12-00056-BLG-RFC,

CV 12-00072-BLG-RFC, CV 12-00092-BLG-RFC, CV 12-00098-BLG-RFC,

CV 13-00029-BLG-RFC, CV 13-00050-BLG-RFC.

7) The civil actions listed below are reassigned to United States District Judge Donald W. Molloy and referred to United States Magistrate Judge Jeremiah C. Lynch pursuant to 28 U.S.C. § 636(b)(1)(A):

CV 12-00015-BLG-RFC, CV 12-00079-BLG-RFC, CV 12-00095-BLG-RFC,

CV 12-00127-BLG-RFC, CV 12-00145-BLG-RFC, CV 12-00162-BLG-RFC,

CV 13-00019-BLG-RFC, CV 13-00027-BLG-RFC, CV 13-00034-BLG-RFC,

CV 13-00040-BLG-RFC, CV 13-00051-BLG-RFC.

9) The civil actions listed below are reassigned to Senior United States District Judge Sam E. Haddon and referred to United States Magistrate Judge Carolyn S. Ostby pursuant to 28 U.S.C. § 636(b)(1)(A):

CV 10-00154-BLG-RFC, CV 11-00068-BLG-RFC, CV 11-00114-BLG-RFC,

CV 12-00011-BLG-RFC, CV 12-00070-BLG-RFC, CV 12-00129-BLG-RFC,

CV 12-00150-BLG-RFC, CV 12-00160-BLG-RFC, CV 13-00020-BLG-RFC,

CV 13-00030-BLG-RFC.

With respect to any listed action referred to a United States magistrate judge, the clerk of court shall follow the procedures set forth in L.R. 73.1 for obtaining consent to the

magistrate judge's jurisdiction.

The clerk of court is directed to adjust the docket to reflect the reassignment of the listed actions, to file this order in the record of each of the listed actions, and to notify the parties and the judicial officers of this district of the making of this order.

Dated this 25th day of April 2013.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court