A. Clifford Edwards
Triel D. Culver
A. Christopher Edwards
John W. Edwards
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone:  (406) 256-8155
Facsimile:  (406) 256-8159

Bruce A. Americus *(Pro Hac Vice)*
Samuel Braver *(Pro Hac Vice)*
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Telephone:  (412) 562-8800
*Attorneys for Signal Peak Energy, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>        Defendants and Counterclaim Plaintiffs. | Case Number: CV 12-55-BLG-SEH<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

COME NOW, the parties, by and through their counsel of record, and hereby move this Court for entry of a stipulated protective order in the above-captioned matter.  The grounds for this motion are set forth in the brief in support filed herewith.

DATED this 24th day of May, 2013

Respectfully submitted by:

| | |
|---|---|
| __/s/ Ross W. McLinden_____ | ___/s/ Triel D. Culver_____ |
| Ross W. McLinden | A. Clifford Edwards |
| Moulton Bellingham PC | Triel D. Culver |
| 27 N. 27th St. Ste. 1900 | A. Christopher Edwards |
| P.O. Box. 2559 | John W. Edwards |
| Billings, MT 59103 | EDWARDS, FRICKLE & CULVER |
| Phone:  (406) 246-7731 | 1648 Poly Drive, Suite 206 |
| Fax:  (406) 248-7889 | Billings, MT 59102 |
| | Phone: (406) 256-8155 |
| | Fax: (406) 256-8159 |
| and | |
| | and |
| Christopher R. Belmonte (*Pro Hac Vice*) | Bruce A. Americus (*Pro Hac Vice*) |
| Dai Wai Chin Feman (*Pro Hac Vice*) | Samuel Braver (*Pro Hac Vice*) |
| Satterlee Stephens Burke & Burke LLP | Buchanan Ingersoll & Rooney PC |
| 230 Park Avenue, Suite 1130 | One Oxford Centre |
| New York, NY 10169 | 301 Grant Street, 20th Floor |
| Phone:  (212) 818-9200 | Pittsburgh, Pennsylvania 15219 |
| Fax:  (212) 818-9606 | Telephone:  (412) 562-8800 |
| | Fax:  (412) 562-1041 |
| *Counsel for Defendants Eastern Montana Minerals, Inc. and Musselshell Resources, LLC* | *Counsel for Plaintiff Signal Peak Energy LLC* |