

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC, <br><br> Defendants. | No. CV 12-55-BLG-SEH <br><br> **ORDER** |

The parties having failed to modify the proposed protective order as suggested by the Court,

ORDERED:

The motion for protective order (doc. 120) is denied without prejudice.

DATED this 19th day of June, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge