A. Clifford Edwards
Triel D. Culver
A. Christopher Edwards
John W. Edwards
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone:  (406) 256-8155
Facsimile:  (406) 256-8159

Bruce A. Americus *(Pro Hac Vice)*
Samuel Braver *(Pro Hac Vice)*
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Telephone:  (412) 562-8800
*Attorneys for Signal Peak Energy, LLC*

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　vs.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>　　　Defendants and Counterclaim Plaintiffs. | Case Number: CV 12-55-BLG-SEH<br><br>**SECOND JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

COME NOW, the parties, by and through their counsel of record, and hereby move this Court for entry of a stipulated protective order in the above-captioned matter.  The grounds for this motion are set forth in the brief in support filed herewith.

DATED this 20TH day of June, 2013

Respectfully submitted by:

| | |
|---|---|
| __/s/ Ross W. McLinden_____<br>Ross W. McLinden<br>Moulton Bellingham PC<br>27 N. 27th St. Ste. 1900<br>P.O. Box. 2559<br>Billings, MT 59103<br>Phone:  (406) 246-7731<br>Fax:  (406) 248-7889 | ___/s/ Triel D. Culver_____<br>A. Clifford Edwards<br>Triel D. Culver<br>A. Christopher Edwards<br>John W. Edwards<br>EDWARDS, FRICKLE & CULVER<br>1648 Poly Drive, Suite 206<br>Billings, MT 59102<br>Phone: (406) 256-8155<br>Fax: (406) 256-8159 |
| and | and |
| Christopher R. Belmonte (*Pro Hac Vice*)<br>Dai Wai Chin Feman (*Pro Hac Vice*)<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>Phone:  (212) 818-9200<br>Fax:  (212) 818-9606 | Bruce A. Americus (*Pro Hac Vice*)<br>Samuel Braver (*Pro Hac Vice*)<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone:  (412) 562-8800<br>Fax:  (412) 562-1041 |
| *Counsel for Defendants Eastern Montana Minerals, Inc. and Musselshell Resources, LLC* | *Counsel for Plaintiff Signal Peak Energy LLC* |