

**FILED**

AUG 06 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>EASTERN MONTANA MINERALS, INC., and MUSSELSHELL RESOURCES, LLC,<br><br>Defendants and Counterclaim Plaintiffs. | Case Number: CV 12-55-BLG-SEH<br><br><br><br>**ORDER** |

Upon Stipulation by the parties and for good cause appearing therefore,

IT IS HEREBY ORDERED that above entitled action be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED this 6th day of August, 2013.

Sam E. Haddon
United States District Court Judge